Abraham Colman (SBN 146933)
Email: acolman@reedsmith.com
Raffi Kassabian (SBN 260358)
Email: rkassabian@reedsmith.com
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514
Telephone: +1 213 457 8000
Facsimile: +1 213 457 8080

Le T. Duong (SBN 297662)
Email: lduong@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Telephone: +1 415 543 8700
Facsimile:  +1 415 391 8269

Attorneys for Plaintiffs
Mortgage Electronic Registration Systems, Inc.,
and MERSCORP Holdings, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.,<br>Plaintiffs,<br>vs.<br>GARY MERLE KOEPPEL, as an individual and as Trustee for the KOEPPEL FAMILY TRUST; and EMMA K. KOEPPEL, as an individual and as Trustee for the KOEPPEL FAMILY TRUST,<br>Defendants. | Case No.: C 18-3443 SVK<br><br>**CERTIFICATE OF SERVICE OF SUMMONS AND COMPLAINT** |

     I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is REED SMITH LLP, 101 Second Street, Suite 1800, San Francisco, CA 941053659. On June 13, 2018, I served the following document(s) by the method indicated below:

**SEE ATTACHED**

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business

☑ by placing the document(s) listed above in a sealed envelope(s) and causing it to be personally delivered to the address(es) set forth below and on the attached documents.

☐ by transmitting via email to the parties at the email addresses listed below:

| | |
|---|---|
| Ronald H. Freshman<br>Law Offices of Ronald H. Freshman<br>3040 Skycrest Drive<br>Fallbrook, CA 92028<br>Telephone: 858.756.8288<br>Facsimile:  858.964.1728<br>Email: rhf@freshmanlaw.com | Attorney for Defendants<br>Gary Merle Koeppel and Emma K. Koeppel |

     I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on June 22, 2018, at San Francisco, California.

*Karen Ellis*
Karen Ellis

- 2 -
CERTIFICATE OF SERVICE

1. Summons In A Civil Action;
2. Complaint;
3. Civil Cover Sheet;
4. Blank Waiver Of The Service Of Summons;
5. Blank Notice Of A Lawsuit And Request To Waive Service Of A Summons;
6. Filing Procedures (San Jose);
7. ECF Registration Information;
8. Notice Of Assignment Of Case To A United States Magistrate Judge For Trial;
9. Civil Scheduling And Discovery Standing Order For Magistrate Judge Susan Van Keulen;
10. Standing Orders Regarding Case Management In Civil Cases;
11. Settlement Conference Standing Order For Magistrate Judge Susan Van Keulen;
12. Consenting To The Jurisdiction Of A Magistrate Judge Pamphlet; Notice Of Electronic Filing;
13. Order Setting Initial Case Management Conference ADR Deadlines;
14. Judge Van Keulen Weekly Court Calendar Schedule

| Attorney or Party without Attorney:<br>REED SMITH<br>LE T. DUONG (SBN 297662)<br>101 Second Street, Suite 1800<br>San Francisco, CA 94105<br>   Telephone No: (415) 543-8700<br>   Attorney For: Plaintiff | | Ref. No. or File No.: | | For Court Use Only |
|---|---|---|---|---|
| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA | | | | |
| Plaintiff: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.<br>Defendant: GARY MERLE KOEPPEL, as an individual and as Trustee for the KOEPPEL FAMILY TRUST; et al. | | | | |
| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C18-3443 SVK |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Action; Complaint; Civil Cover Sheet; Blank Waiver Of The Service Of Summons; Blank Notice Of A Lawsuit And Request To Waive Service Of A Summons; Filing Procedures (San Francisco); Ecf Registration Information; Notice Of Assignment Of Case To A United States Magistrate Judge For Trial; Civil Scheduling And Discovery Standing Order Magistrate Judge Susan Van Keulen; Standing Order Regarding Case Management In Civil Cases; Settlement Conference Standing Order Magistrate Judge Susan Van Keulen; Consenting To The Jurisdiction Of A Magistrate Judge Pamphlet; Notice Of Electronic Filing; Order Setting Initial Case Management Conference And Adr Deadlines

3. a. Party served:   LAW OFFICES OF RONALD H. FRESHMAN - Ronald H. Freshman
   b. Person served:  RONALD FRESHMAN

4. Address where the party was served:   3040 SKYCREST DRIVE, FALLBROOK, CA 92028

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Wed, Jun 13 2018 (2) at: 12:00 PM

6. **Person Who Served Papers:**
   a. Jacob Gardner (3173, San Diego County)
   b. FIRST LEGAL
      1202 Howard Street
      SAN FRANCISCO, CA 94103
   c. (415) 626-3111

   d. *The Fee for Service was:*

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

06/15/2018
(Date)

(Signature)



PROOF OF
SERVICE

2380807
(7505035)

| *Attorney or Party without Attorney:*<br>REED SMITH<br>LE T. DUONG (SBN 297662)<br>101 Second Street, Suite 1800<br>San Francisco, CA 94105<br>  *Telephone No:* (415) 543-8700<br>  *Attorney For:* Plaintiff | | | | *Ref. No. or File No.:* | **For Court Use Only** |
|---|---|---|---|---|---|
| *Insert name of Court, and Judicial District and Branch Court:*<br>UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA | | | | | |
| *Plaintiff:* MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.<br>*Defendant:* GARY MERLE KOEPPEL, as an individual and as Trustee for the KOEPPEL FAMILY TRUST; et al. | | | | | |
| **PROOF OF SERVICE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>C18-3443 SVK | |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Action; Complaint; Civil Cover Sheet; Blank Waiver Of The Service Of Summons; Blank Notice Of A Lawsuit And Request To Waive Service Of A Summons; Filing Procedures (San Jose); Ecf Registration Information; Notice Of Assignment Of Case To A United States Magistrate Judge For Trial; Civil Scheduling And Discovery Standing Order For Magistrate Judge Susan Van Keulen; Standing Orders Regarding Case Management In Civil Cases; Settlement Conference Standing Order For Magistrate Judge Susan Van Keulen; Consenting To The Jurisdiction Of A Magistrate Judge Pamphlet; Notice Of Electronic Filing; Order Setting Initial Case Management Conference And Adr Deadlines; Judge Van Keulen Weekly Court Calendar Schedule

3. a. *Party served:*   GARY MERLE KOEPPEL, as an individual and as Trustee for the KOEPPEL FAMILY TRUST
   b. *Person served:* GARY MERLE KOEPPEL, as an individual and as Trustee for the KOEPPEL FAMILY TRUST , authorized to accept served under F.R.C.P. Rule 4.

4. *Address where the party was served:*   24685 OUTLOOK DRIVE , CARMEL , CA 93923

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Mon, Jun 18 2018 (2) at: 09:20 AM

6. **Person Who Served Papers:**
   a. Hector Garcia (#100, Monterey County)
   b. FIRST LEGAL
      1202 Howard Street
      SAN FRANCISCO, CA 94103
   c. (415) 626-3111

   d. *The Fee for Service was:*

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.



06/20/2018
(Date)

(Signature)



PROOF OF SERVICE

2395391
(7505248)

DocuSign Envelope ID: 456A2154-D2DB-4EE8-B2C7-69254676E542

| Attorney or Party without Attorney:<br>REED SMITH<br>LE T. DUONG (SBN 297662)<br>101 Second Street, Suite 1800<br>San Francisco, CA 94105<br>  Telephone No: (415) 543-8700<br>  Attorney For: Plaintiff | Ref. No. or File No.: | For Court Use Only |
|---|---|---|

Insert name of Court, and Judicial District and Branch Court:
UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

Plaintiff: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.
Defendant: GARY MERLE KOEPPEL, as an individual and as Trustee for the KOEPPEL FAMILY TRUST; et al.

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C18-3443 SVK |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SEE ATTACHED LIST FOR ALL DOCUMENTS SERVED

3. a. Party served: EMMA K. KOEPPEL, as an individual and as Trustee for the KOEPPEL FAMILY TRUST
   b. Person served: GARY KOEPPEL, HUSBAND, authorized to accept served under F.R.C.P. Rule 4.

4. Address where the party was served: 24685 OUTLOOK DRIVE, CARMEL, CA 93923

5. I served the party:
   a. by substituted service. On: Mon, Jun 18 2018 at: 09:20 AM by leaving the copies with or in the presence of:
      GARY KOEPPEL, HUSBAND.

   (1) [X] (Residence or Usual Place of Abode) a person of suitable age and discretion who resides there.
   (2) [ ] (Company) a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (3) [X] (Declaration of Mailing) is attached.
   (4) [X] (Declaration of Diligence) attached stating actions taken first to attempt personal service.

6. Person Who Served Papers:
   a. Hector Garcia (#100, Monterey County)
   b. FIRST LEGAL
      1202 Howard Street
      SAN FRANCISCO, CA 94103
   c. (415) 626-3111
   d. The Fee for Service was:
   e. I am: A Registered California Process Server

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.



06/20/2018
(Date)            (Signature)



PROOF OF SERVICE

2394132
(7505251)

DocuSign Envelope ID: 456A2154-D2DB-4EE8-B2C7-69254676E542

| Attorney or Party without Attorney:<br>REED SMITH<br>LE T. DUONG (SBN 297662)<br>101 Second Street, Suite 1800<br>San Francisco, CA 94105<br>Telephone No: (415) 543-8700<br>Attorney For: Plaintiff | | Ref. No. or File No.: | | For Court Use Only |
|---|---|---|---|---|
| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA | | | | |
| Plaintiff: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.<br>Defendant: GARY MERLE KOEPPEL, as an individual and as Trustee for the KOEPPEL FAMILY TRUST; et al. | | | | |
| **PROOF OF SERVICE**<br>By Mail | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C18-3443 SVK |

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the SEE ATTACHED LIST FOR ALL DOCUMENTS SERVED

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:
   a. Date of Mailing: Mon, Jun 18, 2018
   b. Place of Mailing: SAN FRANCISCO, CA
   c. Addressed as follows: EMMA K. KOEPPEL, as an individual and as Trustee for the KOEPPEL FAMILY TRUST
         24685 OUTLOOK DRIVE, CARMEL, CA 93923

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Mon, Jun 18, 2018 in the ordinary course of business.

Recoverable cost Per CCP 1033.5(a)(4)(B)

5. **Person Serving:**
   a. Kelli Emmons
   b. **FIRST LEGAL**
      1202 Howard Street
      SAN FRANCISCO, CA 94103
   c. (415) 626-3111

   d. *The Fee for Service was:*
   e. I am: Not a Registered California Process Server

6. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

06/20/2018

(Date)                                    (Signature)



Judicial Council Form                PROOF OF SERVICE                2394132
Rule 2.150.(a)&(b) Rev January 1, 2007    BY MAIL                    (7505251)

| Attorney or Party without Attorney:<br>REED SMITH<br>LE T. DUONG (SBN 297662)<br>101 Second Street, Suite 1800<br>San Francisco, CA 94105<br>  Telephone No: (415) 543-8700<br>  Attorney For: Plaintiff   Ref. No. or File No.: | For Court Use Only |
|---|---|
| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA | |
| Plaintiff: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.<br>Defendant: GARY MERLE KOEPPEL, as an individual and as Trustee for the KOEPPEL FAMILY TRUST; et al. | |
| **AFFIDAVIT OF DUE DILIGENCE**  Hearing Date: | Time: | Dept/Div: | Case Number: C18-3443 SVK | |

1. I, Hector Garcia #100, Monterey County, and any employee or independent contractors retained by FIRST LEGAL are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on subject EMMA K. KOEPPEL, as an individual and as Trustee for the KOEPPEL FAMILY TRUST as follows:

2. *Documents:* SEE ATTACHED LIST FOR ALL DOCUMENTS SERVED

**Attempt Detail**

1) Unsuccessful Attempt by: Hector Garcia (#100, Monterey County) on: Jun 13, 2018, 7:20 pm PDT at 24685 OUTLOOK DRIVE, CARMEL, CA 93923
GATED RESIDENCE. GATE LOCKED. UNABLE TO GAIN ACCESS. TOYOTA TACOMA (50781A2) PARKED ON PROPERTY.

2) Unsuccessful Attempt by: Hector Garcia (#100, Monterey County) on: Jun 14, 2018, 6:40 pm PDT at 24685 OUTLOOK DRIVE, CARMEL, CA 93923
GATE LOCKED. NO ACCESS. NO ANSWER OVER INTERCOM.

3) Successful Attempt by: Hector Garcia (#100, Monterey County) on: Jun 18, 2018, 9:20 am PDT at 24685 OUTLOOK DRIVE, CARMEL, CA 93923 received by GARY KOEPPEL, HUSBAND.



AFFIDAVIT OF
DUE DILIGENCE

2394132
(7505251)
Page 1 of 2

| Attorney or Party without Attorney:<br>REED SMITH<br>LE T. DUONG (SBN 297662)<br>101 Second Street, Suite 1800<br>San Francisco, CA 94105<br>  Telephone No: (415) 543-8700<br>  Attorney For: Plaintiff | Ref. No. or File No.: | For Court Use Only |
|---|---|---|
| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA | | |
| Plaintiff: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.<br>Defendant: GARY MERLE KOEPPEL, as an individual and as Trustee for the KOEPPEL FAMILY TRUST; et al. | | |
| **AFFIDAVIT OF DUE DILIGENCE** | Hearing Date:   Time:   Dept/Div: | Case Number:<br>C18-3443 SVK |

3. **Person Who Served Papers:**
   a. Hector Garcia (#100, Monterey County)
   b. **FIRST LEGAL**
      1517 W. Beverly Blvd.
      LOS ANGELES, CA 90026
   c. (213) 250-1111

Recoverable cost Per CCP 1033.5(a)(4)(B)

d. *The Fee for Service was:*
e. I am: A Registered California Process Server

4. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States of America that the foregoing is true and correct.*

06/20/2018 

(Date)        (Signature)



AFFIDAVIT OF
DUE DILIGENCE

2394132
(7505251)
Page 2 of 2

DocuSign Envelope ID: 456A2154-D2DB-4EE8-B2C7-69254676E542

MERS v. KOEPPEL
UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA
Case No. C18-3443 SVK
Control No. 7505251

## ATTACHMENT A

1. SUMMONS IN A CIVIL ACTION;
2. COMPLAINT;
3. CIVIL COVER SHEET;
4. BLANK WAIVER OF THE SERVICE OF SUMMONS;
5. BLANK NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS;
6. FILING PROCEDURES (SAN JOSE);
7. ECF REGISTRATION INFORMATION;
8. NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL;
9. CIVIL SCHEDULING AND DISCOVERY STANDING ORDER FOR MAGISTRATE JUDGE SUSAN VAN KEULEN;
10. STANDING ORDERS REGARDING CASE MANAGEMENT IN CIVIL CASES;
11. SETTLEMENT CONFERENCE STANDING ORDER FOR MAGISTRATE JUDGE SUSAN VAN KEULEN;
12. CONSENTING TO THE JURISDICTION OF A MAGISTRATE JUDGE PAMPHLET;
13. NOTICE OF ELECTRONIC FILING;
14. ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES;
15. JUDGE VAN KEULEN WEEKLY COURT CALENDAR SCHEDULE