| | |
|---|---|
| MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., et al., <br><br>Plaintiffs, <br><br>v. <br><br>GARY MERLE KOEPPEL, et al., <br><br>Defendants. | Case No. 5:18-cv-03443-EJD <br><br>**ORDER GRANTING EX PARTE MOTION FOR PROTECTIVE ORDER** <br><br>Re: Dkt. No. 85 |

Mortgage Electronic Registration Systems, Inc., Nationstar Mortgage LLC, U.S. Bank, N.A., and Wells Fargo, N.A. have moved, ex parte, for a protective order staying discovery pending the court's ruling on the pending Motion for Judgment on the Pleadings and Motion to Dismiss Third Party Complaint, which are set for hearing on October 17, 2019. The Koeppels opposed the ex parte motion.

"A district court has broad discretion to stay discovery pending the disposition of a dispositive motion." *Hall v. Tilton*, 2010 WL 539679, at *2 (N.D. Cal. Feb. 9, 2010) (citing *Panola Land Buyers Ass'n. v. Shuman*, 762 F.2d 1550, 1560 (11th Cir.1985)). Having considered the parties' papers, the court finds that the pending motions are case dispositive and that they may be resolved without further discovery. *See, e.g.*, *Carter v. Oath Holdings, Inc.*, 2018 WL 3067985, at *4 (N.D. Cal. June 21, 2018); *Pac. Lumber Co. v. Nat'l Union Fire Ins. Co. of Pittsburgh, PA*, 220 F.R.D. 349, 351-52 (N.D. Cal. 2003). Accordingly, the court stays discovery pending the court's ruling on the pending motions. If appropriate, the court will entertain a motion to extend discovery following its ruling on the pending motions.

**IT IS SO ORDERED.**

Dated: October 7, 2019

EDWARD J. DAVILA
United States District Judge